UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN PEARCE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-CV-1093 CEJ |
| | ) | |
| KEN SHEHORN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that the instant complaint is **TRANSFERRED** to the

United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406 (a).

Dated this 14th day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**